

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00697-CV

**IN THE ESTATE OF** June Magdeline **BREWER**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-16-0000213
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED December 27, 2018.

_Karen Angelini_____
Karen Angelini, Justice